# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### OFFICE OF THE CLERK

# RUSHVILLE
# SCANNING COVER SHEET

**Notice – Please read and carefully follow these instructions.**

1. Each pleading must have this cover sheet on top.
2. Each pleading must be legible. Typed, double-spaced pleadings are preferred.
3. All pages must be numbered.
4. Each pleading must be scanned separately as one complete document. A pleading may not be scanned page by page. If the pleading is more than 25 pages, then the pleading must be scanned and submitted in multiple emails with a maximum size of 25 pages. The subject line of each email should specify the range of pages included within. (For example, a 40 page pleading would be broken into 2 emails, the first with a subject line "Email 1 of 2 – Pages 1-25" and the second with a subject line of "Email 2 of 2 – Pages 26-40".)
5. Discovery requests and responses are not filed with the Court unless they are part of a motion to compel. Discovery requests and responses shall not be electronically filed per Local Rule 26.3. However, a Certificate of Service may be scanned stating you have served your discovery documents on the other parties in the case.
6. Only lines and boxes included on this form should be filled out. Do not provide any other information regarding your pleading on this Scanning Cover Sheet.

**Please complete the following (Print):** PLEASE FORWARD TO CLERK OF THE USDC_N.D.-Il-Eastern Div.

Date: July ,2017

Name: Brad Lieberman

Case Number: Please e-mail to Clerk USDC N.D. Illinois   xx☒ (Check here if this is a new case)

**Type of Pleading (Check only one):**

- xx☒ Motion / Petition
- ☐ Response / Reply
- ☐ Other (Specify) _____

Title of Pleading: Plaintiff's Motion for Leave to File Complaint Pursuant to Rule 8(e) of FRCvP's Instanter

(For Example, "Motion to Compel" or "Response to Summary Judgment")

Number of Pages for this Pleading (Not Including Scanning Cover Sheet): 2

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BRAD LIEBERMAN,                )
                               )
         Plaintiff,            )  Case No._____
                               )
v.                             )
                               )
SECURUS TECHNOLOGIES, Inc.,    )
WEXFORD HEALTH SOURCES, Inc.,  )
LIBERTY HEALTH, Inc., et al.,  )
                               )
         Defendants.           )

## PLAINTIFF'S MOTION FOR LEAVE TO FILE COMPLAINT PURSUANT TO RULE 8(e) OF THE F.R.Cv.P.'s INSTANTER

Now comes the plaintiff, BRAD LIEBERMAN, pro se and, pursuant to Rule 8(e) of the Federal Rules of Civil Procedure ("Pleadings must be construed so as to do justice"), he most respectfully moves and motions this Honorable Court to GRANT him leave to file the instant (attached) lengthy, multi-count Complaint. In support thereof, the plaintiff states;

1). Plaintiff brings a 7-Count Civil Rights Complaint that asserts claims against at least 36 seperate defendants, including three out-of-state corporations, and;

2). That the connectivity of the claims and allegations in the Complaint, required the plaintiff to set forth, on pages 10 thru 25, a descriptive summary of the "nature of the case", followed by the 7-seperate, yet connected claims.

3). In an effort to shorten the complaint, plaintiff has omitted at least 3-additional counts and 25 additional pages.

4). While the plaintiff understands that a short and concise statement of claim(s) is the preferred manner in which complaints should be structured, that given the complexity, chronology, statutory and factually relevent information directly involved in this case, the plaintiff respectfully submits that the complaint has already been shaved down to its most relevent and integral content.

5). That the plaintiff respectfully asserts that he has discussed the issues presented with several attorneys who have generally indicated that the plaintiff presents meritorious civil rights and constitutional claims, as well as state law claims.

-1 of 2-

6). That the plaintiff did not want to burden the Court, or the Office of the Clerk of the United States District Court by filing (at minimum), 7 to 10 seperate actions in two deperate Districts of the Court.

7) That the plaintiff represents that the claims and allegations set forth in the instant 7-count complaint, are not only meritorious, but are well supported by substantial documentary evidence, affidavits from witness and official business records.

8). That the plaintiff, in relevent part, asserts flagrant and admitted acts of retalliation, that are evidenced by a pattern of conduct on the part of certain persons acting under color of state law who are completely unencumbered from their illegal activities that, they have "invited litigation" and thereafter, repeated the unlawful conduct.

9). That this lawsuit is properly venued before this Court where 3-out of state corporations that conduct business in Illinois are defendants as are numerous individuals whose normal and usual places of business are located in the City of Chicago, In addition, for example, the entrenched "policy" of directing mental health patients, including the plaintiff, to expose his genitalia and urinate in a windowed "writ van" while in stop and go rush-hour traffic, as school busses and other vehicles were close by, took place on Interstate-55 between in-bound cross streets from Joliet to California avenue, took place within the jurisdictional boundris of this Court, and where that policy is in-place as of the date this lawsuit is filed, this is a Complaint that should be allowed to stand, for now, as is,,,regardless of its lengthiness. (see COUNT SIX of Complaint).

WHEREFORE, based on the foregoing and, based on the content of the attached motion, the plaintiff, BRAD LIEBERMAN, pro se, most respectfully moves for leave to file his attached complaint, as is, and irregardless of its length, Instanter.

Respectfully Submitted,

*Brad Lieberman*
Brad Lieberman,
Plaintiff.

Brad Lieberman
IDHS-TDF-(PRISON)
17019 County Farm rd.
Rushville, Illinois 62681
(Plaintiff, pro se.)
(217)322-3204